**Electronically Filed
Supreme Court
SCPW-25-0000838
09-APR-2026
01:14 PM
Dkt. 8 ODDP**

SCPW-25-0000838

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE KELLY E. DUELL

_____

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Malinao, assigned by reason of vacancy)

Upon consideration of the petition for writ of habeas corpus filed November 24, 2025, and the record, Petitioner has not presented a special reason for this court to invoke its original jurisdiction in this habeas corpus proceeding. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976).

It is ordered that the petition is denied.

DATED: Honolulu, Hawaiʻi, April 9, 2026.

/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Lisa M. Ginoza
/s/ Vladimir P. Devens
/s/ Clarissa Y. Malinao

